IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VICKI A. HIRTREITER,

        Plaintiff,          JUDGMENT IN A CIVIL CASE

v.          Case No. 11-cv-177-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Social Security Administration for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

By: *[signature]* Deputy Clerk          10-21-11

Peter Oppeneer, Clerk of Court          Date