IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VICKI HIRTREITER,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

v.                                        Case No. 11-cv-177-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Vicki Hirtreiter $4,531.39 for attorney fees and expenses under 28 U.S.C. § 2412(d).

_____            _2/1/2012_____
Peter Oppeneer, Clerk of Court                        Date