IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VICKI HIRTREITER,

        Plaintiff,                  JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 11-cv-177-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Vicki Hirtreiter $4,531.39 for attorney fees and expenses under 28 U.S.C. § 2412(d).

*Peter Oppeneer* (signature)                    2/1/2012

Peter Oppeneer, Clerk of Court                 Date