IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICKIE HIRTREITER

                                               ORDER

              Plaintiff,

                                               11-cv-177-bbc

    v.

CAROLYN COLVIN, Acting
Commissioner of Social Security,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan, counsel for plaintiff Vicki Hirtreiter has moved for an award of attorney fees in the amount of $6,000.00 for his representation of plaintiff in social security administration proceedings. Defendant has advised the court that it has no objection to the award.

ORDER

      IT IS ORDERED that Dana Duncan's motion for an award of attorney fees for his work in representing plaintiff Vicki Hirtreiter dkt. # 30, is GRANTED. Defendant Carolyn Colvin, Acting Commissioner of Social Security is directed to remit $6,000.00 to Mr.

Duncan.

Entered this 12th day of November, 2013.

                        BY THE COURT:

                        /s/
                        BARBARA B. CRABB
                        District Judge